1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CELESTINE STOOT,

11            Plaintiff,                    No. CIV S-09-1997 EFB P

12        vs.

13   HIGH DESERT STATE PRISON, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

17   *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma*

18   *pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

19        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without

20   prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph

21   (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent)

22   for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ,

23   obtained from the appropriate official of each prison at which the prisoner is or was confined."

24   Plaintiff has not submitted a certified copy of his trust account statement or the institutional

25   equivalent.

26   ////

1      Accordingly, plaintiff has 30 days from the date this order is served to submit the

2 required trust account statement.  Failure to comply with this order will result in a

3 recommendation that this action be dismissed.  The Clerk of the court is directed to send to

4 plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

5      So ordered.

6 DATED:  July 29, 2009.

7      EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE