IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CELESTINE STOOT,

      Plaintiff,                        No. CIV S-09-1997 EFB P

      vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.              ORDER

                              /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

////

1 Plaintiff has not submitted a certified copy of his trust account statement or the institutional
2 equivalent. He may comply with this requirement by having prison officials complete the
3 "Certificate" portion of the form application for leave to proceed *in forma pauperis*.
4     Accordingly, plaintiff has 30 days from the date this order is served to submit the
5 required trust account statement. Failure to comply with this order will result in this action being
6 dismissed. The Clerk of the court is directed to send to plaintiff a new form Application to
7 Proceed In Forma Pauperis by a Prisoner.
8     So ordered.
9 DATED: September 8, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE